FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 16 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 2:19-CR-13 |
| | § | Judge Gilstrap/Payne |
| ASHLEY CHRISTINE MCDANIEL (01) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation:   21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Methamphetamine)

On or about February 26, 2018, in Cass County, Texas, in the Eastern District of Texas, **Ashley McDaniel**, defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule II controlled substance, namely approximately 7 grams of methamphetamine (actual), its salts, isomers, and salts of isomers, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).

### Count Two

Violation:   21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Methamphetamine)

On or about March 6, 2018, in Morris County, Texas, in the Eastern District of Texas, **Ashley McDaniel**, defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule II controlled substance, namely

Indictment Page 1

approximately 25 grams of methamphetamine (actual), its salts, isomers, and salts of isomers, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).

### Count Three

> Violation: 21 U.S.C. § 841(a)(1)
> (Possession with Intent to Distribute Methamphetamine)

On or about March 28, 2018, in Morris County, Texas, in the Eastern District of Texas, **Ashley McDaniel**, defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a Schedule II controlled substance, namely approximately 25 grams of methamphetamine (actual), its salts, isomers, and salts of isomers, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

As a result of committing the offenses as alleged in this indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 all property involved in or traceable to property involved in the offense. Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third party;
(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

A TRUE BILL,

10/16/19
Date

Foreperson of the Grand Jury

JOSEPH D. BROWN
UNITED STATES ATTORNEY

JIM NOBLE
ASSISTANT U. S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (facsimile)
Texas State Bar No. 15050100
James.Noble@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 2:19-CR-____ |
| | § | Judge Gilstrap/Payne |
| ASHLEY CHRISTINE MCDANIEL (01) | § | |

## **NOTICE OF PENALTY**

### **All Counts**

Violation: 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B)(viii)
(Possession with Intent to Distribute Methamphetamine)

Penalty: Not less than 5 years and up to 40 years imprisonment, a fine not to exceed $5 million - supervised release of at least 4 years;

Special Assessment: $100